## PENALTY PAGE

**CASE STYLE:**  UNITED STATES v. ROBERT KEITH CORTE, JR.

**DEFENDANT:**  Robert Keith Corte, Jr. (Count One)

**USAO NO.:**  15R00094

**AUSA:**  Gina S. Vann

**CODE VIOLATION:**

**COUNT 1:**  21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute a Controlled Substance

**PENALTY**

**COUNT 1:**  10 yrs – Life / $10,000,000 / 5 yrs SRT / $100 SA